MORGAN, LEWIS & BOCKIUS LLP
Daryl S. Landy, Bar No. 136288
daryl.landy@morganlewis.com
Nancy Nguyen, Bar No. 301677
nancy.nguyen@morganlewis.com
600 Anton Boulevard
Suite 1800
Costa Mesa, CA  92626-7653
Tel:    (714) 830-0600
Fax:    (714) 830-0700

Attorneys for Petitioner
J.P. Morgan Securities LLC
*[Additional counsel on next page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P. MORGAN SECURITIES LLC,<br><br>          Petitioner,<br><br>     v.<br><br>BRENT RYAN BODNER,<br><br>          Respondent. | Case No. 2:26-cv-06625 CAS (AJRx)<br><br>**PETITIONER J.P. MORGAN SECURITIES LLC'S NOTICE OF MOTION TO VACATE ARBITRATION AWARD**<br><br>Judge:   Christina A. Snyder<br>Courtroom: 8D<br><br><br>Hearing Date:   July 27, 2026<br>Time:              10:00 a.m.<br>Place:             Courtroom 8D |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

Enu Mainigi*
emainigi@wc.com
Craig D. Singer*
csinger@wc.com
Charles L. McCloud*
lmccloud@wc.com
Edward L. Pickup*
epickup@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029

Jeffrey S. Dunlap*
jdunlap@ubglaw.com
UB GREENSFELDER LLP
1660 West 2nd Street
Suite 1100
Cleveland, OH 44113-1406
Tel: (216) 583-7026

Attorneys for Petitioner
J.P. Morgan Securities LLC
*Pro Hac Vice Application pending

CASE NO. 2:26-CV-06625
PETITIONER J.P. MORGAN SECURITIES
LLC'S NOTICE OF MOTION TO VACATE
ARBITRATION AWARD

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that at **10:00 a.m.** on **July 27, 2026**, or as soon thereafter as possible, in Courtroom 8D of the above-referenced court located at Felicitas and Gonzalo Mendez United States Courthouse, Los Angeles, Petitioner J.P. Morgan Securities LLC will, and hereby does, move this Court under the Federal Arbitration Act, 9 U.S.C. § 10, to vacate the arbitration award in Case No. 24-02444 rendered on May 21, 2026, by the Financial Industry Regulatory Authority (FINRA).

This motion is based on this notice of motion and motion; the accompanying Memorandum of Points and Authorities; the supporting declaration and exhibits; all pleadings and papers filed in this action; and such additional papers, evidence, and argument as may be presented at or in connection with the hearing.

Dated:  June 29, 2026    MORGAN, LEWIS & BOCKIUS LLP

By */s/Daryl S. Landy*
   Daryl S. Landy
   Nancy Nguyen
   Attorneys for Petitioner
   J.P. Morgan Securities LLC

Dated:  June 29, 2026    WILLIAMS & CONNOLLY LLP

By /s/ *Enu Mainigi*
   Enu Mainigi
   Craig D. Singer
   Charles L. McCloud
   Edward L. Pickup
   Attorneys for Petitioner
   J.P. Morgan Securities LLC

Dated:  June 29, 2026    UB GREENSFELDER LLP

By */s/Jeffrey S. Dulap*
   Jeffrey S. Dunlap
   Attorney for Petitioner
   J.P. Morgan Securities LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

1

CASE NO. 2:26-CV-06625
PETITIONER J.P. MORGAN SECURITIES
LLC'S NOTICE OF MOTION TO VACATE
ARBITRATION AWARD